# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 0:19-cv-61815-BB

MANUEL E. RIVAS,
     Plaintiff,

v.

POLLACK & ROSEN, P.A.,
PORTFOLIO RECOVERY ASSOCIATES,
LLC, and DAVID M. KAMINSKI
     Defendants.
_____/

## DEFENDANTS', POLLACK & ROSEN, P.A. AND DAVID M. KAMINSKI, VERIFIED MOTION FOR ATTORNEYS' FEES

Defendants, POLLACK & ROSEN, P.A. and DAVID M. KAMINSKI (hereinafter "Defendants"), by and through their undersigned counsel and pursuant to Local Rule 7.3 and Fed. R. Civ. P. 68, respectfully move this Court for an award of attorneys' fees against Plaintiff, MANUEL E. RIVAS ("Plaintiff"), and in support thereof allege:

1.     On November 15, 2019, Defendants served Plaintiff with an Offer of Judgment pursuant to Fed. R. Civ. P. 68.

2.     Plaintiff failed to accept Defendants' Offer of Judgment within fourteen (14) days. As a result, the Offer of Judgment was deemed rejected.

3.     On December 2, 2019, this Court entered an *Omnibus Order* (the "Final Order") (DE # 46) against Plaintiff and in favor of Defendants.

4.     The Final Order denied all relief sought by Plaintiff and ordered that Plaintiff should recover nothing by this action.

5.     The Offer of Judgment was made in good faith. The attorneys' fees expended were reasonable and necessary in light of the issues involved.

6.     The total amount of attorneys' fees incurred by Defendants after the Offer of Judgment is $1,022.50 unbilled to date.  The attorneys' fees were incurred by Shendell & Pollock, P.L. in connection with the defense of this case.

7.     The total amount incurred for attorneys' fees to defend Defendants since the date of the Offer of Judgment is $1,022.50.

8.     Pursuant to Local Rule 7.3(a)(5), Defendants make the following disclosures:

a.     The timekeepers for whom fees are sought are attorneys Seth A. Kolton and Andrew S. Rothstein and paralegal Michelle M. Arty whose experience and qualifications are contained within their respective *curriculum vitae* attached hereto as Composite **"Exhibit A"**;

b.     The number of hours reasonably expended by each timekeeper are as follows: Seth A. Kolton – 1.0 hours; Andrew S. Rothstein – 3.90 hours; and Michelle M. Arty – 1.50 hours;

c.     A description of the tasks performed during the reasonably expended hours are as shown on the billing records attached as **"Exhibit B"**;

d.     Defendants' Affidavit as to Attorney's Fees is attached as **Exhibit "C";** and

e.     The hourly rates for each timekeeper are $175.00/hour for attorneys Seth A. Kolton and Andrew S. Rothstein and $110.00/hour for paralegal Michelle M. Arty.

9.     The Defendants reserve the right to supplement the amount(s) of attorneys' fees and costs through the time of hearing or entry of judgment on this motion.

## MEMORANDUM OF LAW

10.     Pursuant to Local Rule 7.3,[1] a party seeking a judgment taxing costs, attorneys' fees or both must serve a motion not later than 60 days after a judgment or order giving rise to same.  The instant motion is filed within the time prescribed.

11.     Defendants are entitled to an award of attorneys' fees and costs pursuant to Fed. R. Civ. P. 68, which provides, in relevant part:

> If the judgment that the offeree finally obtains is not more favorable than the unaccepted offer, the offeree must pay the costs incurred after the offer was made.

12.     In this case, Defendants served an Offer of Judgment and Plaintiff failed to respond, thereby rejecting the offer.  The Final Order entered on December 2, 2019, adjudicated all claims by Plaintiff in favor of Defendants.  Pursuant to § 768.79, Fla. Stat., Defendants are entitled to an award of attorneys' fees incurred in this lawsuit from the day the Offer of Judgment was deemed rejected by Plaintiff through the date of entry of Final Judgment for Costs and Attorneys' Fees.

### CONCLUSION

WHEREFORE, award of final judgment for attorney's fees should be entered in favor of Defendants against Plaintiff pursuant to Fed. R. Civ. P. 68 and Local Rule 7.3, in the amount of $1,022.50, in addition to such other relief that this Court deems just and proper.


[CONTINUED ON NEXT PAGE]

---

[1] *See, Mejia v. Ocwen Loan Servicing*, No. 16-CV-81269-BLOOM/VALLE, 2016 W.L. 8787061 *1 (S.D. Fla. Dec. 22, 2016) ("Southern District of Florida Local Rule 7.3 is a 'court order' within the meaning of Federal Rule of Civil Procedure 54").

VERIFICATION

**Under penalties of perjury, I declare that I have read the foregoing, and the facts alleged are true to the best of my knowledge and belief.**

**DECLARANT**

**SHENDELL & POLLOCK, P.L.**
*Attorneys for Defendants Pollack & Rosen, PA
and David M. Kaminski*
2700 N Military Trail, Suite 150
Boca Raton, FL 33431
Tel: (561) 241-2323
Fax: (561) 241-2330

By:   /s/ Seth A. Kolton
      GARY R. SHENDELL, ESQ.
      Florida Bar No. 964440
      gary@shendellpollock.com
      grs@shendellpollock.com
      estella@shendellpollock.com
      SETH A. KOLTON, ESQ.
      Florida Bar No. 021045
      seth@shendellpollock.com
      grs@shendellpollock.com
      steven@shendellpollock.com

**Seth A. Kolton, Esq.**
SHENDELL & POLLOCK, P.A.
2700 Military Trail
Suite 150
Boca Raton, Florida 33431
(561) 241-2323
seth@shendellpollock.com

## Experience

**Shendell & Pollock, P.L.,** Boca Raton, Florida
*Associate*                                                                                    3/19 – Present
Primarily litigation practice focusing on: association law, construction defects, commercial, products liability, class-action, consumer finance, and insurance defense. Responsibilities include: research; drafting memoranda, pleadings, discovery, motions, appellate briefs, legal memoranda and related filings; depositions; motion practice, and trying cases. AV/Preeminent Rated by Martindale-Hubbell.

**Weiss, Handler & Cornwell, P.A.,** Boca Raton, Florida
*Associate*                                                                                    3/08 – 3/19
Primarily litigation practice focusing on: construction defects, commercial, products liability, class-action, consumer finance, insurance defense, criminal defense, and real estate matters. Responsibilities include: research; drafting memoranda, pleadings, discovery, motions, appellate briefs, legal memoranda and related filings; depositions; motion practice, and co-trying cases with partners. Supervise case intake from telephone and internet inquiries. Assist in developing and implementing new technologies to improve discovery, increase office efficiency, and streamline cases. AV/Preeminent Rated by Martindale-Hubbell.

**Office of the State Attorney, 15ᵗʰ Judicial Circuit,** West Palm Beach, Florida
*Division Chief*                                                                              3/07 – 3/08
Supervised and trained Assistant State Attorneys and interns in day-to-day caseload management, motion practice, trial preparation, and trials. Handled all recidivist misdemeanor DUI cases in assigned division. Reviewed DUI arrests and made filing decisions as part of rotation with other division chiefs. Assisted with other trial divisions when necessary. Assisted more senior prosecutors with felony prosecutions. Carried out regular duties as Assistant State Attorney.

*Assistant State Attorney*                                                              3/06 – 3/08
Prosecuted all misdemeanor cases from division assignment through resolution and/or trial with a average case-load of 250 cases. Tried/co-tried over 60 cases (jury and non-jury). Conducted discovery on all assigned cases including: investigation of case; ensuring correct charges were filed; contacting and interviewing victims, witnesses and law enforcement officers; depositions; gathering supplemental evidence; and reviewing physical evidence. Negotiated pleas. Researched and argued all motions including filing responses when necessary. Prepared all assigned cases set for trial. Argued bond hearings at first appearance as assigned.

- 1 -

**EXHIBIT A**

**Recent Reported Cases:**

*Bailey v. Rocky Mountain Holdings, LLC*, 889 F.3d 1259, 1263 (11th Cir. 2018)
*DFG Group, LLC v. Heritage Manor of Mem'l Park, Inc.*, 237 So.3d 419 (Fla. 4th DCA 2018)
*InPhyNet Contracting Services, Inc. v. Mathews*, 196 So. 3d 449 (Fla. 4th DCA 2016)
*Sherrod v. Johnson*, 667 F.3d 1359 (11th Cir. 2012)
*Mizner Grand Condominium Ass'n, Inc. v. Travelers Property Cas. Co. of America*, 274 F.R.D.
698 (S.D. Fla. 2010)

**Bar Admissions**

> **Florida**, April 2006
> **United States Supreme Court**, August 2012
> **Eleventh Circuit Court of Appeal**, November 2009
> **United States District Court for the Southern District of Florida**, January 2009
> **United States District Court for the Middle District of Florida**, May 2009
> **United States District Court for the Northern District of Florida**, May 2017

**Education**

> **University of Florida Levin College of Law**, Gainesville, Florida          Juris Doctor
>
> **Clark University**, Worcester, Massachusetts          Bachelor of Arts

# ANDREW ROTHSTEIN, ESQ.

## Education

**Nova Southeastern University, Shepard Broad Law Center,**                    Fort Lauderdale, FL
*Juris Doctor,* May 2012

Activities and Awards:  Jewish Law Student Association, Member
The Real Property, Probate, & Trust Law Society, Member
American Bar Association, Law Student Division, Member
Dean's List Winter 2011, Fall 2011, Winter 2012

Bar Admissions:  Florida (2012), U.S. District Court for the Southern District of Florida (2012); New York (2014)

**University of Florida,**                    Gainesville, FL
*Bachelor of Arts in Political Science,* May 2009
*Minor in Spanish*

## Legal Experience

**Shendell & Pollock, PL**                    Boca Raton, FL
*Associate, September 2019-Present*
- Insurance defense litigation.
- Represent clients at Uniform Motion Calendar and Special Set Hearings for civil litigation.
- Draft motions and memorandum of law.
- Conduct depositions and attend mediations

**Law Office of Ryan S. Shipp, PLLC**                    Lantana, FL
*Associate, April 2015-August 2019*
- Represent clients at Uniform Motion Calendar and Special Set Hearings for civil litigation and evictions.
- Draft contracts, motions, letters and memorandum of law.
- Conduct negotiations, conciliation conferences and mediations.
- Communicate with clients and opposing counsel on a daily basis.
- Draft and review residential and commercial leases.
- Supervise and coordinate payments of residential and commercial leases.

**Greenstein & Associates**                    West Palm Beach, FL
*Associate, January 2014-March 2015*
- Conduct thorough file reviews for foreclosure/bankruptcy matters.
- Analyze legal documents to ascertain exposure to clients.
- Advise local counsels how to handle foreclosure/bankruptcy matters.
- Draft Wills and Trusts for clients in need of Estate Planning.

**De Varona Law**                    Boca Raton, FL
*Associate, August 2013-January 2014*
- Attend motion calendar and special set hearings throughout South Florida.
- Draft Trial Memorandum, Motions, Petitions for Formal and Summary Administration.
- Represent Personal Representatives in Ex Parte hearings.
- Draft Discovery and other pleadings.
- Consulted with clients

**Law Offices of Paul A. Herman, P.A.-Consumer Law,**               Boca Raton, FL
*Associate, October 2012-August 2013*
- Negotiate with creditors and opposing counsels
- Represent individual consumers for debt dismissal, debt defense, debt collection violations and credit reporting issues.
- Argue violations of federal consumer laws, such as Fair Debt Collections Practices Act (FDCPA), Telephone Consumer Protection Act (TCPA), Fair Credit Billing Act (FCBA), Florida Consumer Collection Practices Act (FCCPA) and Fair Credit Reporting Act (FCRA).
- Attend Bankruptcy and foreclosure hearings.
- Draft Answers and Discovery responses and requests.

**Franco & Associates, P.A. – Probate Administration and Litigation,**               Plantation, FL
*Legal Extern,* September 2011-December 2011
- Conducted legal research
- Drafted numerous motions and memoranda of law.
- Assisted with hearings, depositions and conferences.

**Law Offices of Janice L. Berman – Family Law and General Practice,**               Niles, IL
*Law Clerk,* May 2010 – August 2010
- Organized discovery in preparation of upcoming hearings.
- Interacted with clients to make them feel comfortable and welcome in the law firm.
- Managed client billing for the law firm.

**Palm Beach County Courthouse, Office of the Clerk and Comptroller,**               Delray Beach, FL
*Intern*, May 2008 – August 2008
- Organized pending traffic citation cases in preparation for court dates.
- Helped county clerks in setting trial dates and informed violators of their upcoming court dates.

**Michelle M. Arty**, ACP, FRP, Certified Paralegal

**Professional Designations and Affiliations**

*Advanced Certifications – Trial Practice* (Jan. 2016 – present) and *e-Discovery* (Jan. 2019 – present), National Association of Legal Assistants, Inc.

*Florida Registered Paralegal*, The Florida Bar (2008 – present)

Member, *Florida Registered Paralegal Enrichment Committee*, The Florida Bar (2018 – present); CLE Subcommittee Chair (2019 – present)

*Certified Paralegal*, National Association of Legal Assistants, Inc. (1994 – present)

Paralegal Association of Florida, Inc. (PAF) (1993 – present)

*Notary Public*, State of Florida (1990 – present)

**Education**

*Associate of Science Degree, Legal Studies*, Tallahassee Community College **(**August 1993**)**
  * **with Honors; member Phi Theta Kappa**

*Associate Degree*, Florida State University **(**April 1991**)**

**Experience**

*Certified Paralegal* (November 2019 – present)
Shendell & Pollack, PL (2700 N Military Trail, Suite 150, Boca Raton, FL 33431)
  Insurance defense, complex business litigation, personal injury, malpractice, paralegal involved in all aspects of trial and appellate work; including: communicating with clients/parties, opposing counsel and staff, and outside professionals (experts); all phases of discovery (requests to produce, interrogatories, depositions, and notices of inspection) - review and analyze incoming and outgoing discovery requests; medical chronologies and billing summaries; scheduling (deadlines, meetings, conferences, mediations, depositions, hearings and trial); legal research; drafting pleadings from initial filing through appeal; and maintaining files.

*Certified Paralegal* (September 2012 – November 2019)
Weiss, Handler & Cornwell, PA (2255 Glades Road, Suite 218-A, Boca Raton, FL 33431)
  Complex business litigation, personal injury, and family law paralegal involved in all aspects of trial and appellate work; included: communicating with clients/parties, opposing counsel and staff, and outside professionals (treating and expert physicians); all phases of discovery (requests to produce, interrogatories, financial affidavits, depositions, and notices of inspection) - review and analyzing incoming and outgoing discovery requests; medical chronologies and billing summaries; scheduling (deadlines, meetings, conferences, mediations, depositions, hearings and trial); attendance at hearings and trials (coordinating witnesses and experts, preparing and presenting exhibits, and complete

hands-on assistance at trial); legal research; drafting pleadings from initial filing through appeal; and maintaining files.

*Certified Paralegal* (April 2009 – April 2012)
Schutz & White, LLP (1001 N Dixie Highway, West Palm Beach, FL 33401)
Family Law paralegal involved in all aspects of trial and appellate work; including: potential new client communications; initial client intake and interviews; communicating with clients/parties, opposing counsel and staff, and outside professionals (Certified Public Accountants, other experts, mediators, Judicial Assistants, court reporters); all phases of discovery (mandatory disclosures, requests to produce, interrogatories, financial affidavits, depositions, and notices of inspection) - review and analyze incoming and outgoing discovery requests; scheduling (deadlines, meetings, conferences, mediations, depositions, hearings and trial); attendance at mediations, hearings and trials (coordinate witnesses and experts, prepare and present exhibits, and complete hands-on assistance at trial); legal research; drafting pleadings from initial filing through appeal; and maintaining files.

*Paralegal/Legal Assistant - Litigation* (June 1998 – October 2008)
Palm Beach County Tax Collector (PO Box 3715, West Palm Beach, FL 33402-3715)
Chapter 11 Bankruptcy case manager and complex litigation paralegal; coordinated representation of all Florida Tax Collectors in complex litigation, including gathered tax facts from each jurisdiction, compiled information, prepared summaries and provided copies of documentation as required; drafted pleadings for General Counsel and outside counsel; attended meetings of creditors with bankruptcy debtors, trustees, and attorneys; legal research; prepared memoranda of law; communicated verbally and in writing with courts, attorneys and other government offices; reviewed documents both in hard copy and online; prepared correspondence and other documents for both my own signature and my attorney's signature; collected, balanced and posted bankruptcy payments (to millions of dollars); maintained law library and copies of Local Rules of Courts; coordinated online filing services for courts located throughout the United States; maintained bankruptcy and other litigation files.

*Paralegal/Legal Assistant* (April 1993 – May 1998)
The Florida Bar, Lawyer Regulation (651 E Jefferson Street, Tallahassee, FL 32399-2300)
Monitored compliance with various Rules Regulating The Florida Bar by disciplined attorneys; responsible for the collection of all disciplinary fines assessed against attorneys licensed to practice law in the state of Florida; legal research; coordinated volunteer Bankruptcy Program to represent The Florida Bar; edited and proofread the Rules Regulating The Florida Bar each year prior to publication.

**Presentations and Publications**

*FRP Times*, The Florida Bar FRP Enrichment Committee, Contributing Author (Issue No. 1 – Vol. 1, Fall 2019)

Presenter: "Family Law Review," Paralegal Association of Florida, Inc., Florida Certified Paralegal Review Course, May 29, 2019

Presenter: "ESI Preservation and Spoliation Challenges for Paralegals," Institute for Paralegal Education, Jan. 3, 2020

Dec/31/2019                          Shendell & Pollock, P.L.                                        Page 1
                                      Work-in-Progress
                                        ALL DATES

| Date | Paid To/Fee/Time | Che/Inv | Disbursement | Fee/Time | Current A/R Bal. |
| Entry# | Explanation | | | | Current Trust Bal |

Client: hiigmc       HIIG                                                              RELEVANCE
Matter: 1318.339     Pollack & Rosen adv. Rivas  RELEVANCE                              RELEVAN
RELEVANCE

| Date / Entry# | Lawyer / Explanation | Disbursement | Fee/Time |
|---|---|---|---|
| Nov/15/2019 1256285 | Lawyer: SAK  0.10 Hrs X 175.00 Draft/revise Proposal for Settlement on Counts I and III to ensure compliance with Federal Rules of Civil Procedure | | 17.50 |
| Nov/15/2019 1260290 | Lawyer: MA  0.40 Hrs X 110.00 Draft/revise Notice of Service and Proposed for Settlement | | 44.00 |
| Nov/15/2019 1260291 | Lawyer: MA  0.10 Hrs X 110.00 Communicate (other external) Email attorney Yarbrough Offer of Judgment | | 11.00 |
| Nov/19/2019 1261401 | Pacer Legal Research – AcctRULE 2.425  Search | 4.40 | |
| Nov/22/2019 1260292 | Lawyer: MA  0.10 Hrs X 110.00 Communicate (in firm) Meeting with attorney Kolton regarding ATTORNEY CLIENT | | 11.00 |
| Nov/22/2019 1260293 | Lawyer: MA  0.10 Hrs X 110.00 Review/analyze docket ATTORNEY-CLIENT | | 11.00 |
| Nov/26/2019 1259395 | Lawyer: ASR  0.90 Hrs X 175.00 Draft/revise Reply to Response in Opposition to Insured's (David Kaminski) Motion to Dismiss Count IX of Plaintiff's Amended Complaint | | 157.50 |
| Nov/26/2019 1260294 | Lawyer: MA  0.10 Hrs X 110.00 Plan and prepare for filing reply to response to Motion to Dismiss along with Motion to Allow Filing Nunc Pro Tunc | | 11.00 |
| Dec/ 3/2019 1261499 | Lawyer: MA  0.30 Hrs X 110.00 Review/analyze Omnibus Order regarding Motions to Dismiss | | 33.00 |
| Dec/ 3/2019 1268185 | Lawyer: SAK  0.60 Hrs X 175.00 Review/analyze Omnibus Order granting Motion to Dismiss case with Prejudice | | 105.00 |
| Dec/ 3/2019 1268186 | Lawyer: SAK  0.30 Hrs X 175.00 Communicate (with client) ATTORNEY CLIENT | | 52.50 |
| Dec/ 6/2019 1262228 | Lawyer: MA  0.10 Hrs X 110.00 Plan and prepare for attorneys' fee motion | | 11.00 |
| Dec/24/2019 1269252 | Lawyer: ASR  1.00 Hrs X 175.00 Draft/revise Motion for Attorneys Fees | | 175.00 |

**EXHIBIT B**

Shendell & Pollock, P.L.
Work-in-Progress
ALL DATES

| Date Entry# | Paid To/Fee/Time Explanation | Che/Inv | Disbursement | Fee/Time | Current A/R Bal. Current Trust Bal |
|---|---|---|---|---|---|
| | and Costs | | | | |
| Dec/24/2019 1269253 | Lawyer: ASR  1.00 Hrs X 175.00 Research Federal Rules of Civil Procedure and Local Rules for Southern District of Florida in preparation for drafting Motion for Attorneys Fees and Costs | | | 175.00 | |
| Dec/24/2019 1269397 | Lawyer: MA  0.20 Hrs X 110.00 Plan and prepare for motion for attorneys' fees pursuant to offer of settlement | | | 22.00 | |
| Dec/30/2019 1270977 | Lawyer: ASR  1.00 Hrs X 175.00 Draft/revise Affidavit of Attorneys Fees and Costs and Affidavit of Reasonableness | | | 175.00 | |
| Dec/30/2019 1271078 | Lawyer: MA  0.10 Hrs X 110.00 Plan and prepare for Motion for Attorneys' Fees | | | 11.00 | |

| | Unbilled | Current | 31-60 Days | 61-90 Days | 91-120 Days | >=121 Days | Total |
|---|---|---|---|---|---|---|---|
| Last Entry Dec/30/2019 | Hours | 4.60 | 4.80 | 0.00 | 0.00 | 0.00 | 9.40 |
| Last Bld Nov/ 8/2019 | + Fees | 759.50 | 788.00 | 0.00 | 0.00 | 0.00 | 1547.50 |
| | + Disbs | 0.00 | 4.40 | 0.00 | 0.00 | 0.00 | 4.40 |
| | - Retainers | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total: | 759.50 | 792.40 | 0.00 | 0.00 | 0.00 | 1551.90 |

RELEVANCE

Shendell & Pollock, P.L.
Work-in-Progress
ALL DATES

| Date | Paid To/Fee/Time | Che/Inv | Disbursement | Fee/Time | Current A/R Bal. |
|------|------------------|---------|--------------|----------|------------------|
| Entry# | Explanation | | | | Current Trust Bal |

**RELEVANCE**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 0:19-cv-61815-BB

MANUEL E. RIVAS,

     Plaintiff,

v.

POLLACK & ROSEN, P.A.,
PORTFOLIO RECOVERY ASSOCIATES,
LLC, and DAVID M. KAMINSKI,

     Defendants.

_____/

## DEFENDANTS' AFFIDAVIT AS TO ATTORNEYS' FEES

| | |
|---|---|
| STATE OF FLORIDA | ) |
| | ) ss: |
| COUNTY OF PALM BEACH | ) |

BEFORE ME, the undersigned authority, personally appeared **Seth A. Kolton** who, after being first duly sworn, deposes and says:

1.    That Affiant's law firm, Shendell & Pollack, P.L. is counsel for Defendants, POLLACK & ROSEN, P.A. and DAVID M. KAMINSKI, in this action.

2.    That Affiant has personal knowledge of the facts set forth herein.

3.    Thus far, the Affiant's law firm has expended a total fee of $1,022.50, representing 4.90 hours of attorney time at an hourly rate of $175.00 and 1.50 hours of paralegal time at an hourly rate of $110.00.

FURTHER AFFIANT SAYETH NAUGHT.

_____
SETH A. KOLTON